AO 442 (Rev. 11/11) Arrest Warrant

# UNITED STATES DISTRICT COURT
for the
District of Columbia

| United States of America | ) |
| --- | --- |
| v. | ) Case: 1:23-mj-00214 |
| Brett Alan Rotella (AKA: Brett Alan Ostrander) | ) Assigned To : Harvey, G. Michael |
| | ) Assign. Date : 8/18/2023 |
| | ) Description: Complaint W/ Arrest Warrant |
| *Defendant* | ) |

## ARREST WARRANT

To:   Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay

*(name of person to be arrested)*   Brett Alan Rotella,

who is accused of an offense or violation based on the following document filed with the court:

❏ Indictment   ❏ Superseding Indictment   ❏ Information   ❏ Superseding Information   ☒ Complaint
❏ Probation Violation Petition   ❏ Supervised Release Violation Petition   ❏ Violation Notice   ❏ Order of the Court

This offense is briefly described as follows:

18 U.S.C. § 231(a)(3) - Obstruction of Law Enforcement During Civil Disorder;
18 U.S.C. § 111(a)(1) - Assaulting, Resisting, or Impeding Certain Officers ;
18 U.S.C. § 1752(a)(1) - Knowingly Entering or Remaining in any Restricted Building or Grounds Without Lawful Authority;
18 U.S.C. § 1752(a)(2) - Disorderly and Disruptive Conduct in a Restricted Building or Grounds ;
40 U.S.C. § 5104(e)(2)(E) - Impeding Passage Through the Capitol Grounds or Buildings .

Date:   08/18/2023                                                                   G. Michael Harvey
                                                                                    Digitally signed by G. Michael Harvey
                                                                                    Date: 2023.08.18 15:08:38 -04'00'
                                                                                    *Issuing officer's signature*

City and state:   Washington, D.C.                                G. Michael Harvey , U.S. Magistrate Judge
                                                                        *Printed name and title*

---

**Return**

This warrant was received on (date) 8/18/23, and the person was arrested on (date) 8/29/23
at (city and state) Mooresville NC

Date: 8/29/23

Arresting officer's signature

Barton Jenkins
*Printed name and title*